1  McGREGOR W. SCOTT
   United States Attorney
2  COURTNEY J. LINN
   Assistant U.S. Attorneys
3  501 "I" Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2700



JUL 19 2005

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
        DEPUTY CLERK

5

6

7              IN THE UNITED STATES DISTRICT COURT

8             FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10

11 UNITED STATES OF AMERICA,        )
                                    )
12            Plaintiff,            )    SW- 05 - 0 1 7 5 KJM
                                    )
13      v.                          )
                                    )
14 IN RE MATTER OF SEIZURE          )    [PROPOSED] SEALING ORDER
   WARRANT FOR CERTAIN FUNDS        )
15                                  )
                                    )
16 _____

17      For good cause shown in ¶ 41 of the affidavit of Chris

18 Fitzpatrick, Special Agent, IRS-CID, in support of the seizure

19 warrant issued in the above-captioned matter(s), the Court orders

20 that such affidavit be, and the same hereby is, SEALED pending

21 further order of the Court.

22      IT IS SO ORDERED.

23

24 DATED: 7/18/05

25                                   KIMBERLY J. MUELLER
                                     UNITED STATES MAGISTRATE JUDGE
26

27

28