1  McGREGOR W. SCOTT
   United States Attorney
2  COURTNEY J. LINN
   Assistant U.S. Attorneys
3  501 "I" Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2700

**FILED**

MAR 2 4 2006

JACK L. WAGNER, CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | SW-05-0175 KJM |
| Plaintiff, ) | |
| v. ) | |
| IN RE MATTER OF SEIZURE, ) WARRANT FOR CERTAIN FUNDS ) | [PROPOSED] UNSEALING ORDER |

On July 19, 2005, the Court entered a sealing order on the affidavit and seizure warrant numbered: SW-05-0175 KJM. The United States now requests that the affidavit and seizure warrant listed above be unsealed.

IT IS SO ORDERED.

DATED: 3/24/06

KIMBERLY J. MUELLER
UNITED STATES MAGISTRATE JUDGE